PROB 34
(Rev. 5/01)

Report and Order Terminating Probation/Supervised Release

F I L E D
Clerk
District Court

JAN 23 2006

# UNITED STATES DISTRICT COURT

FOR THE

_District of the Northen Mariana Islands_

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| UNITED STATES OF AMERICA | |
|---|---|
| v. | CRIMINAL CASE NO. 04-00010-003 |
| ZHANG, ZHEN JUAN | |

It appearing that the above named has complied with the conditions of supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of supervised release expired on **January 18, 2006**, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
MELINDA N. BRUNSON
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: AUSA
    Defense Counsel
    File

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this 23rd day of January, 2006

_____
Honorable Alex R. Munson
Chief Judge
U.S. District Court for the
Northern Mariana Islands