AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF _____the Northern Mariana Islands_____

UNITED STATES OF AMERICA,

    Plaintiff,

    V.

ZHANG, ZHEN JUAN,

    Defendant.

**FILED**
Clerk
District Court

SEP 24 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**WARRANT FOR ARREST**

CASE NUMBER: CR-04-00010

To: The United States Marshal
    and any Authorized United States Officer

    YOU ARE HEREBY COMMANDED to arrest _____ZHANG, ZHEN JUAN_____
                                                                      Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ **Indictment**    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him with (brief description of offense)

    **Conspiracy To Commit Alien Smuggling For Financial Gain (Count 1);**
    **Attempted Alien Smuggling For Financial Gain (Counts 2-14);**
    **Conspiracy To Make False Statements (Count 19); and**
    **Attempted Improper Entry By An Alien After Prior Conviction (Count 20).**

in violation of Title __8__ United States Code, Sections __1324(a)(1)(A)(v)(I) (Count 1); 1324(a)(1)(A)(i), 1324(a)(1)(B)(i) & 1324(a)(1)(A)(v)(II) (Counts 2-14); and 1325(a) (Count 20)__
and in violation of Title __18__ United States Code, Section __371 (Count 19)__

| __HONORABLE ALEX R. MUNSON__ | __JUDGE, DISTRICT COURT OF THE NMI__ |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Alex R. Munson | 3-24-04  SAIPAN, CNMI |
| Signature of Issuing officer | Date and Location |
| Bail fixed at $ 100,000    by | /s/ Alex R. Munson |
| | Name of Judicial Officer |

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____Saipan, CNMI_____

| DATE RECEIVED 03/24/04 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 03/25/04 | W. M. Calvert CIDUSM D/NMI #305L Purged on behalf of CIDUSM M. W. Pickering AND ICE | /s/ |

AO 442 (Rev. 12/85) Warrant for Arrest